UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN FRANCIS ARPINO,<br><br>       Petitioner,<br> v.<br><br>GLORIA M. NAVARRO, et al.,<br><br>       Respondents. | Case No. 3:18-cv-00131-RCJ-WGC<br><br>ORDER |

    John Francis Arpino has filed what he styled a petition for writ of mandamus (ECF No. 1-1). He has not used a court form nor has he submitted an application to proceed *in forma pauperis* or paid the filing fee (*see* ECF No. 1). Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2), LSRs 1-1, 1-2, 3-1, 4-1.

    Moreover, Arpino's filing sets forth no discernible claims. He appears to allege that some federal judges in the District of Nevada and Washoe County prosecutors are involved in an unspecified conspiracy. Though he also appears to argue that this court has erred with respect to two actions that he has filed in this court pursuant to 42 U.S.C. § 1983. The petition thus appears frivolous. In any event, this action shall be dismissed as improperly commenced.

    **IT IS THEREFORE ORDERED** that the Clerk **shall detach and file** the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the petition is **DISMISSED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: 24 April, 2018.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE